No. 98–9508.   QUINTANILLA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 98–9512.   CYPROWSKI v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 98–9513.   TURNER v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 98–9518.   ROBERTS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 98–9519.   WELLS v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 98–9524.   CLING v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 98–9529.   GORDON v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 98–9531.   FRANCIS, AKA RAMSEY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 98–9533.   GOODSON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 98–9554.   MARCUM v. SMITH, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 98–8109.   LOWERY v. FLORIDA, 526 U. S. 1073;
No. 98–8379.   PAUL v. UNITED STATES, 526 U. S. 1058;
No. 98–8414.   CHILDRESS v. APPALACHIAN POWER CO., 526 U. S. 1092; and
No. 98–8453.   GARDNER v. KENTUCKY, 526 U. S. 1102.   Petitions for rehearing denied.

JUNE 24, 1999

No. 98–958.   UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA ET AL. v. ANDERSON ET AL.   C. A. 2d Cir.   [Certiorari granted, 526 U. S. 1086.]   Writ of certiorari dismissed under this Court's Rule 46.1.